AO 440 (Rev.1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
RECEIVED / FILED

MAR 2 0 2002

Michael N. Milby, Clerk of Court

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3/14/02 |

NAME OF SERVER (PRINT): Lisa Brodyaga
TITLE: Attorney

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received for E.M. Trominski 02/14/02 Chris Bernal

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/19/02
Date

Signature of Server

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.