9

United States District Court
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

EUGENIO REYNA MONTOYA, et al          )
                                      )
v.                                    )          C.A. No. B-02-026
                                      )
E.M. TROMINSKI, et al.                )
_____   )


**PETITIONERS' REQUEST FOR PROMPT RULING ON MOTION TO CERTIFY CLASS**

Petitioners, through the undersigned, on their own behalf and on behalf of the class they seek to represent, hereby advise the Court that their motion for class certification is ripe for adjudication, and request a prompt ruling thereon.

First, Petitioners would note that, in "Respondents' Motion to Dismiss and Response to Petitioners' Petition For Writ of Habeas Corpus and Class Action Complaint For Declaratory and Injunctive Relief," Respondents did not deny or otherwise contest the class allegations in the Complaint.  *See,* Paragraphs 22 - 24 thereof:

> 22.  Petitioners seek to represent the class of all LPRs who are, or will be, held by Respondents without bond in the Harlingen INS District, under the authority of 8 U.S.C. §1226(c)(1).
>
> 23.  The above class is so numerous that joinder of all members, present and future, would be impracticable. There are questions of law, and/or of fact, which are common to the class. The claims of the representative parties are typical of the claims of the class. The representative parties, and their counsel, can and will fairly and adequately protect the interest of the class.
>
> 24. Respondents have acted and refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief, and/or corresponding declaratory relief, with respect to the class as a whole.

Therefore, these allegations must be taken as admitted.  *See,* Rule 8(d) F.R.Civ.P..  As stated therein (in relevant part):

> Averments in a pleading to which a responsive pleading is
> required, other than those as to the amount of damage,
> are admitted when not denied in the responsive pleading.

Further, the truth of these allegations is seen by the wealth of
litigation nationwide regarding these issues, *see, e.g., Hoang v.
Comfort*, 282 F.3d 1247 (10th Cir. 2002); *Kim v. Ziglar*, 276 F.3d
523 (9th Cir. 2002), and *Patel v. Zemski*, 275 F.3d 299 (3rd Cir.
2001), and the history of vigorous advocacy on behalf of immigrants
which Petitioners' counsel have established before this Court, and
the Fifth Circuit, (of which the Court may take judicial notice,
Rule 201(b)(2), Fed. Rules of Evidence).

Moreover, Petitioners' Motion for Class Certification was filed on
March 20, 2002.  Under Local Rule 7.3, the submission date was
April 9, 2002.  No opposition has been filed.  Pursuant to Local
Rule 7.4, the failure to respond by the submission date is taken
"as a representation of no opposition."

Hence, since Respondents have admitted the pertinent class
allegations, and their failure to oppose the motion for class
certification by the submission date constitutes a representation
of no opposition. said motion is ripe for adjudication.  Pursuant
to Rule 23(c)(1), F.R.Civ.P., it is therefore urged that the Court
promptly rule on said motion.  As provided therein:

> (1)  As soon as practicable after the commencement of an
> action brought as a class action, the court shall
> determine by order whether it is to be so maintained.

WHEREFORE, it is urged that the instant class be certified, and
that Petitioners be permitted to represent the following class, as
requested in Paragraph 22 of their Complaint:

> All Lawful Permanent Residents who are, or will be, held
> by Respondents without bond in the Harlingen INS
> District, under the authority of 8 U.S.C. §1226(c)(1).

2

Respectfully Submitted,

Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)
Fed. ID.  1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, and proposed Order,
were mailed, first-class postage prepaid, to Lisa Putnam, SAUSA,
P.O. Box 1711, Harlingen, Texas 78551, this 22nd day of April, 2002.