UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 25 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| EUGENIO REYNA MONTOYA, et al ) | |
| ) | |
| v. ) | C.A. B-02-026 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |
| _____) | |

EXHIBIT "B" IN SUPPORT OF

**PETITION FOR WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

APRIL 19, 2002

CONTACT:
Javier N. Maldonado
(210) 736-1503
Hussein Sadruddin
(214) 943-6465

*Serrano v. Estrada*, No. 3-010CV-1916-M (N.D.Tx)

FEDERAL COURT STRIKES DOWN MANDATORY
DETENTION OF LEGAL PERMANENT RESIDENTS

(San Antonio, Texas) A Dallas federal court declared unconstitutional a federal immigration statute which required the detention of immigrants without an opportunity for release on bail while they fight deportation by the INS. Representing a Philipino permanent legal resident, the Lawyers' Committee for Civil Rights Under Law of Texas ("Texas Lawyers' Committee") argued at a hearing that Section 236(c) of the Immigration and Nationality Act ("INA"), 8 U.S.C. §1226(c), violated the constitutional rights of immigrants. At the end of the hearing, U.S. District Judge Barbara Lynn agreed with the Texas Lawyers' Committee and struck down the statute, finding that legal permanent residents have a constitutionally protected liberty interest to be free from governmental detention and that the Immigration and Naturalization Service (INS) was required to provide bail hearings to three legal permanent residents.

"The court re-affirmed a basic constitutional principle: all persons, regardless of their legal status, are protected by our constitution. With this ruling, thousands of immigrants in Texas can be reunited with their families while they fight their deportation," said Javier N. Maldonado, the Executive Director of the Texas Lawyers' Committee. "The law was not only unconstitutional but also unfair in that many families are unnecessarily torn apart," added Hussein Sadruddin, a lawyer with the Texas Lawyers' Committee.

Section 236(c) of the INA mandates that the INS detain immigrants who have been convicted of a wide range of criminal offenses throughout the period that deportation proceedings are pending. Except in limited circumstances, INS is prohibited from releasing any immigrant in this broad category, even individuals whom the INS concedes pose no danger or flight risk and who remain eligible for relief from deportation. Under this law, thousands of immigrants are placed in jail for many months. These immigrants are separated from their family, friends, and jobs, even though the immigrants

may be successful in fighting their deportation.

Dhonovan Paul Ramos Serrano is one of those immigrants who is detained under § 236(c) by the INS. Mr. Serrano is a permanent legal resident from the Philippines who came to the United States in 1990 with his family. He graduated from a Dallas high school in 1994 and attended the University of Houston. In 1997, Mr. Serrano was convicted of a non-violent felony crime. Except for the 1997 conviction, Mr. Serrano does not have a criminal history. His father, sister and brother live in Phoenix. Because of the 1997 conviction, the INS detained Mr. Serrano and initiated deportation proceedings. The INS refused to provide Mr. Serrano with a hearing to show that he was neither a danger to the community or a flight risk. Consequently Mr. Serrano has been in detention for over 10 months while he fights his deportation.

At a hearing before U.S. District Judge Barbara Lynn, lawyers for the Texas Lawyers' Committee and Joshua Turin, from Turin & Turin in Dallas, Texas, argued that Section 236(c) of the INA violated the constitutional rights of immigrants. The lawyers sought bail hearings for three legal permanent residents, including Mr. Serrano, contending that the immigrants' detention without a hearing to determine whether they posed a danger to society or were a flight risk was unconstitutional. The federal court agreed and declared the 236(c) unconstitutional and ordered bail hearings for the three legal permanent residents.

The Lawyers' Committee for Civil Rights Under Law of Texas is a non-profit civil rights organization dedicated to defending the rights of immigrants and refugees throughout the state of Texas.

Hussein Sadruddin
Lawyers' Committee for Civil Rights
Under Law of Texas,
Immigrant & Refugee Rights Project
Tel. (214) 943-6465
Fax. (214) 943-6644