UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EUGENIO REYNA MONTOYA, | * |
| ERASMO ORNELAS-ALANIS, | * |
| SALOME RODRIGUEZ-CARACHEO, | * |
| In their own name and right, | * |
| and on behalf of all others | * |
| similarly situated | * |
| | * |
| VS | *   C.A. NO. B-02-026 |
| | * |
| E.M. TROMINSKI, ET AL | * |

## ORDER SETTING MOTIONS HEARING

A hearing on the pending motions, in the above-captioned cause of action, is hereby set for May 8, 2002, at 2:00 p.m.

The Respondents are hereby ORDERED to produce the below-named Petitioners, who are in custody at the INS Camp, Bayview, Texas, for said hearing.

        EUGENIO REYNA MONTOYA

        JUAN LUIS GONZALEZ-SANCHEZ

DONE at Brownsville, Texas, on 25th day of April 2002.

                                    Felix Recio
                             United States Magistrate Judge