Honorable     Felix Recio            Presiding

Deputy Clerk   :    Maria (Sally) Garcia
Court Reporter :    Eric Schwab
CSO            :    Salinas
Interpreter    :    S Cortez
Law Clerk      :    R Byrd

Date           :    May 8, 2002 at 2:00 p.m.

United States District Court
Southern District of Texas
FILED

MAY - 8 2002

Michael N. Milby
Clerk of Court

14

C.A. No. B-02-026 (HGT)

| EUGENIO REYNA MONTOYA ET AL | * | Lisa Brodyaga |
| | | T Garcia |
| vs | * | |
| E.M. TROMINSKI | * | Lisa Putnam |

## MOTION HEARINGS

Lisa Brodyaga and Thelma Garcia present for the plaintiffs; Lisa Putnam present for the government E.M. Trominski;

Ms Brodyaga addresses the Court and calls attention to copies provided to the Court; Counsel addresses the Unopposed Motion to Add party Juan Luis Gonzalez-Sanchez; The Court grants this Motion (Motion 10-1);
Ms Brodyaga addresses the Court on Pf's Motion for Class Certification and addresses the merits of the case;

Lisa Putnam addresses the Court and states the Plaintiff's are subject to the criminal and immigration laws of the United States;
Counsel addresses the issue of the two plaintiff's who have been released from detention;

L Brodyaga states to the Court that Erasmo Ornelas-Alanis and Salome Rodriguez-Caracheo are the plaintiff's who are no longer in detention;

T Garcia proffers to the Court facts about Plaintiff Eugenio Reyna Montoya and Juan Luis Gonzalez-Sanchez; Counsel states they are not considered a flight risk and are good candidates for bond;

The Court will recommend to the District Court that the relief being sought be grant and will have a report and recommendation out as soon as possible;

Court adjourned.