ORIGINAL

```
                                                              1
1        IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN OF TEXAS
2              BROWNSVILLE DIVISION

3                                        MAY 1 3 2002
  EUGENIO REYNA MONTOYA,  )
4 ET AL                   )              Michael N. Milby
                          )                Clerk of Court
5 VS.                     )   NO. C.A. B-02-026
                          )
6 E. M. TROMINSKI,        )
  ET AL                   )
7
```

## HEARING ON MOTIONS

## MAY 8, 2002

On the 8th day of May, 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -