UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA, ET AL, Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-026 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, Respondent. | § § § § | |

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS TWO PETITIONERS, WITHOUT PREJUDICE

Before the Court is Petitioners' Unopposed Motion to Dismiss, Without Prejudice, Petitioners Erasmo Ornelas-Alanis, and Salome Rodriguez-Caracheo. Upon review of the entire file, and good cause appearing therefore, it is hereby ORDERED that said motion be, and the same is hereby GRANTED.

IT IS FURTHER ORDERED that Petitioners Erasmo Ornelas-Alanis and Salome Rodriguez-Caracheo shall be dismissed from this case, without prejudice, and that the case shall henceforth proceed as Eugenio Reyna-Montoya and Juan Luis Gonzalez-Sanchez, in their own name and right and on behalf of all others similarly situated, vs. E.M. Trominski, INS District Director, and John Ashcroft, Attorney General of the United States.

DONE in Brownsville, Texas, on this the 13th day of May, 2002.

Hilda Tagle
United States District Judge