UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA MONTOYA, and )
JUAN LUIS GONZALEZ-SANCHEZ, )
  In their own name and right, )
  and on behalf of all others )
  similarly situated, )
                                            )
v.                                         )   C.A. No. B-02-026
                                            )
E.M. TROMINSKI, INS DISTRICT )
  DIRECTOR, and )
JOHN ASHCROFT, ATTORNEY )
  GENERAL OF THE UNITED STATES. )
_____ )

**PETITIONERS' OPPOSED MOTION TO JOIN THREE ADDITIONAL PLAINTIFFS**

Petitioners, by and through the undersigned, hereby file the instant, opposed, motion to join three additional Plaintiffs, who are members of the putative class herein, and who also seek injunctive relief.

        I.   JOINDER OF THREE NEW PETITIONERS/PLAINTIFFS

In order to avoid problems under 8 U.S.C. §1252(f)(1), any injunctions on behalf of class members should issue in the name of the individual plaintiffs. And because the class has not yet been certified, those putative class members who have been identified to date seek to be joined as Plaintiffs herein. They are:

1.  Lucina Hernandez De Montalvo, A42 906 630;
2.  Jose Luis Orosco, A38 797 453, and
3.  Pedro Castillo-Luna, A36 589 212.

All are lawful permanent residents of the United States, who in removal proceedings, and are being held, without bond, at the Port Isabel Service Processing Center, ("PISPC"), pursuant to 8 U.S.C. §1226(c). Ms. Montalvo, who has a U.S. citizen husband, and two USC

daughters, ages five and ten, was granted deferred adjudication for simple possession of marijuana in November of 2001, and has been detained by INS ever since. Mr. Castillo and Mr. Luna also have U.S. citizen spouses and children, and in both cases, own their own homes. They were also given deferred adjudication for marijuana offenses. *See,* Plaintiffs' Exhibit C, incorporated by reference.

## II. CERTIFICATE OF CONSULTATION

On May 20, 2002, the undersigned spoke with Lisa Putnam, SAUSA, who stated that Respondents were opposed to the joinder of any additional Plaintiffs herein.

**WHEREFORE**, it is respectfully urged that the Court grant the requests of putative class members Orosco, Castillo, and Hernandez De Montalvo to be joined as Plaintiffs herein;

It is further urged that the Court issue injunctions, on behalf of Plaintiffs Orosco, Castillo, and Hernandez De Montalvo, enjoining and restraining Respondents from not providing them with bond hearings within ten (10) days of the Court's Order;

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

## CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, hereby certify that a copy of the foregoing, together with Exhibit C, and the proposed Order, were mailed, first class postage prepaid, to Lisa Putnam, SAUSA, at P.O. Box 1711, Harlingen, Texas, 78551 this 22nd day of May, 2002.



_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA MONTOYA, and ) <br> JUAN LUIS GONZALEZ-SANCHEZ, ) <br>   In their own name and right, ) <br>   and on behalf of all others ) <br>   similarly situated, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, INS DISTRICT ) <br>   DIRECTOR, and ) <br> JOHN ASHCROFT, ATTORNEY ) <br>   GENERAL OF THE UNITED STATES. ) <br> _____ ) | C.A. No. B-02-026 |

**PETITIONERS' EXHIBIT "C" IN SUPPORT OF**

**PETITIONERS' OPPOSED MOTION TO JOIN THREE ADDITIONAL PLAINTIFFS**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA MONTOYA, et al       )
                                   )
v.                                 )    C.A. B-02-026
                                   )
E.M. TROMINSKI, et al.             )
_____)

DECLARATION IN SUPPORT OF OPPOSED MOTION OF PUTATIVE CLASS MEMBER
TO BE JOINED AS A NAMED PLAINTIFF IN THE INSTANT ACTION,
SEEKING A WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF

I, Lucina Hernandez De Montalvo, A42 906 630, hereby declare under penalty of perjury as follows:

I am a lawful permanent resident of the United States, having been admitted on or about June 10, 1991

I have extensive family members and other equities in the United States, including the following: I was granted deferred adjudication for simple possession of marijuana on November 29, 2001. My husband and two children are United States citizens. I have never had any prior problems with the law.

I am detained at the Port Isabel Service Processing Center, in Los Fresnos, Texas, without bond, as a result of an offense involving a controlled substance. Therefore, I am informed that I am not eligible for a bond hearing, due to 8 U.S.C. §1226(c); I have been detained since November 30, 2001.
It is my desire to pursue my legal remedies, in an attempt to retain my status as a lawful permanent resident, and to that end,

consider that I should be entitled to a hearing on the question of whether I am a flight risk, or a danger to the community, so that I may post a bond, and have a meaningful opportunity to seek relief from removal, and

The foregoing was explained to me in the *Spanish* language, by Attorney Lisa S. Brodyaga, and is true and correct to the best of my knowledge and belief.


_____

May 20, 2002

### CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing was prepared by me on the basis of the contemporaneous oral statements of the Declarant, and was read and explained by me to the Declarant in the Spanish language, and that said Declarant did affirm the truth thereof, to the best of his/her knowledge and belief, and in witness thereto, signed the same in my presence.


_____
Lisa S. Brodyaga

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA MONTOYA, et al )
)
v. ) C.A. B-02-026
)
E.M. TROMINSKI, et al. )
)

DECLARATION IN SUPPORT OF OPPOSED MOTION OF PUTATIVE CLASS MEMBER
TO BE JOINED AS A NAMED PLAINTIFF IN THE INSTANT ACTION,
SEEKING A WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF

I, Pedro Castillo-Luna, A36 589 212, hereby declare under penalty of perjury as follows:

I am a lawful permanent resident of the United States, having been admitted on or about September 20, 1979.

I have extensive family members and other equities in the United States, including the following: My wife is a US citizen, as are our two children, ages 9 and 7. We own our own home. I am disabled, but was a primary care-giver for our children. I was given deferred adjudication for a marijuana case.

I am detained at the Port Isabel Service Processing Center, in Los Fresnos, Texas, without bond, as a result of an offense involving a controlled substance. Therefore, I am informed that I am not eligible for a bond hearing, due to 8 U.S.C. §1226(c);

It is my desire to pursue my legal remedies, in an attempt to retain my status as a lawful permanent resident, and to that end,

consider that I should be entitled to a hearing on the question of whether I am a flight risk, or a danger to the community, so that I may post a bond, and have a meaningful opportunity to seek relief from removal, and

The foregoing was explained to me in the _English_ language, by Attorney Lisa S. Brodyaga, and is true and correct to the best of my knowledge and belief.


_Pedro Castillo Luna_
May 20, 2002

## CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing was prepared by me on the basis of the contemporaneous oral statements of the Declarant, and was read and explained by me to the Declarant in the _English_/~~Spanish~~ language, and that said Declarant did affirm the truth thereof, to the best of his/her knowledge and belief, and in witness thereto, signed the same in my presence.


_Lisa S. Brodyaga_
Lisa S. Brodyaga

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **EUGENIO REYNA MONTOYA, et al** ) | |
| ) | |
| v. ) | C.A. B-02-026 |
| ) | |
| **E.M. TROMINSKI, et al.** ) | |

DECLARATION IN SUPPORT OF OPPOSED MOTION OF PUTATIVE CLASS MEMBER
TO BE JOINED AS A NAMED PLAINTIFF IN THE INSTANT ACTION,
SEEKING A WRIT OF HABEAS CORPUS AND CLASS ACTION COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF

I, Jose Luis Orosco, A38 797 453, hereby declare under penalty of perjury as follows:

I am a lawful permanent resident of the United States, having been admitted on or about *March 10, 1985*.

I have extensive family members and other equities in the United States, including the following: *My wife is a US citizen. We have three children, all born in the United States. My wife is only able to work part-time, and my family needs me. We own our home, but we have a home improvement loan, and an auto loan, which are in arrears.*

I am detained at the Port Isabel Service Processing Center, in Los Fresnos, Texas, without bond, as a result of an offense involving a controlled substance. Therefore, I am informed that I am not eligible for a bond hearing, due to 8 U.S.C. §1226(c);

It is my desire to pursue my legal remedies, in an attempt to retain my status as a lawful permanent resident, and to that end,

consider that I should be entitled to a hearing on the question of whether I am a flight risk, or a danger to the community, so that I may post a bond, and have a meaningful opportunity to seek relief from removal, and

The foregoing was explained to me in the Spanish language, by Attorney Lisa S. Brodyaga, and is true and correct to the best of my knowledge and belief.

_Jose Luis Orozco_
May 20, 2002

CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing was prepared by me on the basis of the contemporaneous oral statements of the Declarant, and was read and explained by me to the Declarant in the Spanish language, and that said Declarant did affirm the truth thereof, to the best of his/her knowledge and belief, and in witness thereto, signed the same in my presence.

_Lisa S. Brodyaga_
Lisa S. Brodyaga