UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA MONTOYA, and )
JUAN LUIS GONZALEZ-SANCHEZ, )
  In their own name and right, )
  and on behalf of all others )
  similarly situated, )
                                       )
v.                                          )   C.A. No. B-02-026
                                       )
E.M. TROMINSKI, INS DISTRICT )
  DIRECTOR, and )
JOHN ASHCROFT, ATTORNEY )
  GENERAL OF THE UNITED STATES. )
                                       )

**PETITIONERS' RESPONSE TO MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND CLARIFICATION OF RELIEF SOUGHT**

Petitioners, through the undersigned, hereby advise this Honorable Court that they are in agreement with the Magistrate Judge's Report and Recommendation, with the clarification that the class-wide relief sought is declaratory relief, and procedures by which class members may file individual motions for injunctive relief, and receive expedited treatment thereof. *See,* 8 U.S.C. §1252(f)(1).

### I.  HABEAS CORPUS

To the extent that the instant case was filed as a petition for a writ of habeas corpus, the named Petitioners were acting in their individual capacity. In that capacity, they seek immediate relief, in the form recommended by the United States Magistrate Judge, and urge that this Honorable Court issue an injunction, ordering Respondents to provide them with prompt bond hearings.

### II. CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

As a class action complaint, the named Plaintiffs also seek relief on behalf of the class they seek to represent, to wit, the class of all lawful permanent residents who are currently, or will be in the

future, detained by Respondents in the Harlingen, Texas, INS district, under the authority of 8 U.S.C. §1226(c).

As class representatives, Plaintiffs seek a class-wide Declaratory Judgment, pursuant to 28 U.S.C. §2201 et seq, declaring and adjudging that, as applied to lawful permanent residents of the United States, the provisions of 8 U.S.C. §1226(c)(1) violate both Substantive and Procedural Due Process. In order to avoid conflict with 8 U.S.C. §1252(f)(1), Plaintiffs are not seeking a class-wide injunction. Rather, they would request that, as soon as the class is certified, class members be permitted to file individual motions for injunctions, and receive expedited treatment of said motions.

Counsel for Plaintiffs has consulted with Respondents as to the manner in which this might occur. However, since the class is not yet certified, and Respondents have indicated an intention to belatedly oppose such certification, [1] Respondents are not ready to discuss this, or any other issues relating to the putative class. However, three more members of the putative class have come forward, and are filing a motion seeking leave to be joined herein, so that they may also request relief in a prompt fashion.

**WHEREFORE**, it is respectfully urged that this Court adopt the United States Magistrate Judge's Report and Recommendation, and that the class herein be promptly certified;

---

[1] In their Answer to the class action complaint, Respondents did not deny the class allegations, which the Magistrate found should therefore be taken as admitted. Similarly, Respondents failed to file any opposition to Petitioners' motion for class certification, which under Local Rule 7.4, is taken as a representation of no opposition. So the only objections which can be raised at this point are jurisdictional. And by granting class-wide relief in the form of a Declaratory Judgment, with individual injunctions for class members, there would be no conflict with 8 U.S.C. §1252(f)(1), or other jurisdictional problem.

2

It is further urged that the Court issue a Declaratory Judgment, on behalf of the certified class, declaring that, as applied to said class, 8 U.S.C. §1226(c)(1) violates Due Process;

It is further urged that the Court issue injunctions, on behalf of Plaintiffs Eugenio Reyna Montoya and Juan Luis Gonzalez-Sanchez, enjoining and restraining Respondents from not providing them with bond hearings within ten (10) days of the Court's Order, and from not being released in accordance with the results of said hearings, without regard to the provisions of 8 U.S.C. §1226(c)(1).

Respectfully Submitted,



Lisa S. Brodyaga, Attorney　　　　　Thelma O. Garcia, Attorney
17891 Landrum Park Road　　　　　　301 E. Madison
San Benito, TX 78586　　　　　　　　Harlingen, TX 78550
(956) 421-3226　　　　　　　　　　　(956) 425-3701
(956) 421-3423 (fax)　　　　　　　 (956) 428-3731 (fax)
Fed. ID. 1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, hereby certify that a copy of the foregoing, and the proposed Order, were mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, at 1701 Zoy St., Harlingen, Texas, this 22nd day of May, 2002.

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA MONTOYA, and JUAN LUIS GONZALEZ-SANCHEZ, In their own name and right, and on behalf of all others similarly situated,<br><br>v.<br><br>E.M. TROMINSKI, INS DISTRICT DIRECTOR, and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES. | C.A. No. B-02-026 |

**MEMORANDUM AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND ISSUING PRELIMINARY INJUNCTION ON BEHALF OF THE NAMED PETITIONERS HEREIN**

Before the Court are the following:

1. Petitioners' Motion For Class Certification;
2. The Magistrate Judge's Report and Recommendation, Plaintiffs' Response to said Report and Recommendation, and Clarification of the Relief Sought, and any objections thereto filed thereto which may have been filed by Respondents.

Upon consideration of the above, and of the record as a whole, and good cause appearing therefore, the Court hereby enters the following **ORDER**:

**IT IS HEREBY ORDERED** that Respondents' Objections to the Report and Recommendation of the Magistrate Judge are **OVERRULED**;

**IT IS FURTHER ORDERED** that Petitioners' Motion For Class Certification be, and the same hereby is, **GRANTED**;

**IT IS FURTHER ORDERED** that Petitioners shall represent the class of all permanent residents who are, or will in the future be, detained within the Harlingen, Texas district of the Immigration and Naturalization Service, under 8 U.S.C. §1226(c)(1);

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation is adopted, with the proviso that the relief to be granted on a class-wide basis will be declaratory relief, and procedures by which class members may file individual motions for injunctive relief, and receive expedited treatment thereof;

**IT IS FURTHER ORDERED** that, within ten (10) days from the date of this Order, Respondents shall provide bond hearings for Plaintiffs Reyna-Montoya, and Gonzalez-Sanchez, and shall abide by the results of such hearings, without regard for 8 U.S.C. §1226(c)(1);

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall issue certified copies of this Order, for service on Respondents Trominski and Ashcroft.

DONE this _____ day of _____, 2002.

_____
HON. HILDA G. TAGLE, JUDGE PRESIDING