UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA MONTOYA, and )
JUAN LUIS GONZALEZ-SANCHEZ, )
  In their own name and right, )
  and on behalf of all others )
  similarly situated, )
 )
v. ) C.A. No. B-02-026
 )
E.M. TROMINSKI, INS DISTRICT )
  DIRECTOR, and )
JOHN ASHCROFT, ATTORNEY )
  GENERAL OF THE UNITED STATES. )
 )

**PETITIONERS' OPPOSED MOTION TO JOIN ADDITIONAL PLAINTIFF**

Petitioners, by and through the undersigned, hereby file the instant, opposed, motion to join an additional Plaintiff, a member of the putative class herein, who also seeks injunctive relief.

### I. JOINDER OF NEW PETITIONER/PLAINTIFF

In order to avoid problems under 8 U.S.C. §1252(f)(1), any injunctions should issue in the name of the individual plaintiffs. And because the class has not yet been certified, an additional putative class member seeks to be joined, to wit:

Juan Larin-Ulloa, A92 800 131.

Mr. Larin is a lawful permanent resident of the United States, who is in removal proceedings, and is being held, without bond, at PISPC, pursuant to 8 U.S.C. §1226(c). He is therefore a member of the putative class herein.

### II. CERTIFICATE OF CONSULTATION

On May 20, 2002, the undersigned spoke with Lisa Putnam, SAUSA, who stated that Respondents were opposed to the joinder of any

additional Plaintiffs herein.

**WHEREFORE**, it is respectfully urged that the Court grant the requests of putative class member Larin to be joined as a Plaintiff herein;

It is further urged that the Court issue an injunction, on behalf of Plaintiff Larin, enjoining and restraining Respondents from not providing him with a bond hearing within ten (10) days of the Court's Order;

Respectfully Submitted,



Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, and proposed Order, were mailed first class postage prepaid, to Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Station, Washington D.C. 20044, on June 3, 2002. Service was accomplished on Mr. Fiorino since the most recent pleadings filed by Respondents herein, to wit, the Objections to the Magistrate Judge's Report and Recommendation, were filed in his name, and because Ms. Putnam is currently ill.