---

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, ET. AL, )
)
    Petitioners, )
) CIVIL ACTION NO. B-02-026
v. )
)
E.M. TROMINSKI, )
INS DISTRICT DIRECTOR )
BOARD OF IMMIGRATION APPEALS )
)
    Respondent. )
_____)

**MOTION FOR LEAVE TO FILE REPLY TO PETITIONER'S RESPONSE TO RESPONDENT'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file a reply to "Petitioner's Response to Magistrate Judge's Report and Clarification of Relief Sought." Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file."

Respondent requests this opportunity to respond to the Petitioners' latest filing because the Petitioners' latest missive raises additional issues not previously addressed by them, but which underscore the problematic nature of pursuing habeas litigation in a class action context.

1

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director

for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

Dated: June 13, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2002, a copy of the foregoing **"MOTION FOR LEAVE TO FILE REPLY TO PETITIONER'S RESPONSE TO RESPONDENT'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION"** was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586


for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986