27

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 14 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EUGENIO REYNA MONTOYA, and ) | |
| JUAN LUIS GONZALEZ-SANCHEZ, ) | |
| In their own name and right, ) | |
| and on behalf of all others ) | |
| similarly situated, ) | |
| ) | |
| v. ) | C.A. No. B-02-026 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |
| ) | |

and

| | |
|---|---|
| JUAN LARIN-ULLOA, ) | |
| ) | |
| v. ) | C.A. B-02-107 |
| ) | |
| JOHN AHSHCROFT, et al. ) | |
| ) | |

PETITIONERS' NOTICE OF WITHDRAWAL OF OPPOSED MOTIONS TO JOIN ADDITIONAL PLAINTIFFS IN *REYNA-MONTOYA*, AND OF THE AMENDED MOTION TO JOIN JUAN LARIN, (AND TO DISMISS HIS INDIVIDUAL PETITION), OR IN THE ALTERNATIVE, TO CONSOLIDATE THE TWO ACTIONS.

Petitioners in both actions, through counsel, respectfully file the instant notice that they hereby withdraw all opposed motions filed by them which were not addressed by the Report and Recommendation of the Magistrate Judge, to wit, 1) their motion to add three additional plaintiffs to *Reyna-Montyoa* [Docket No. 19]; 2) their initial motion to join Juan Larin-Ulloa as a plaintiff, [Docket No. 22], and 3) their motion seeking alternative forms of relief, to wit, amending their motion to join Mr. Larin, (and to thereafter dismiss his individual habeas petition), or, in the alternative, to consolidate the two actions [Docket No. 24].

Petitioners are withdrawing said motions because they have discovered that their (unintended) effect is to delay resolution of the class action, which therefore continues to be referred to the Magistrate, for the purpose of making a further recommendation.

Mr. Ulloa has a separate habeas petition, seeking the same relief, and will not be harmed if his request for joinder is withdrawn. Petitioners are also withdrawing their motion to add Lucina Hernandez De Montalvo; Jose Luis Orosco, and Pedro Castillo-Luna as named plaintiffs in *Reyna-Montoya*. Respondents apparently failed to file a timely opposition to said motion. Nonetheless, to avoid further delay, a separate petition for habeas corpus is being filed on behalf of those three individuals.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Sta. Wash. D.C. 20044, on this 14th day of June, 2002.