United States District Court
Southern District of Texas
FILED

JUL 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET. AL, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, ) <br> INS DISTRICT DIRECTOR ) <br> BOARD OF IMMIGRATION APPEALS ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. B-02-026 |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file an update to the Court on the status of several key cases dealing with issues extant in the case at bar. Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file."

//

//

//

//

//

//

1

Respondent requests this opportunity to inform the Court because the recent developments are relevant and noteworthy, and have occurred since the government's latest filing.

        Respectfully submitted,

        ROBERT D. McCALLUM, Jr.
        Assistant Attorney General
        Civil Division

        RICHARD M. EVANS
        Assistant Director

        _____
        for PAUL FIORINO, Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        P.O. Box 878
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 353-9986

Dated: July 9, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2002, a copy of the foregoing **"MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY"** was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986