30

United States District Court
Southern District of Texas
FILED

JUL 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA-MONTOYA, ET. AL, )
)
    Petitioners, )
) CIVIL ACTION NO. B-02-026
v. )
)
E.M. TROMINSKI, )
INS DISTRICT DIRECTOR )
BOARD OF IMMIGRATION APPEALS )
)
    Respondent. )
_____)

**SUPPLEMENTAL CITATION OF AUTHORITY**

Respondent Immigration and Naturalization Service ("INS") respectfully submits the following notice that the status of cases heretofore cited by the parties has changed. Pursuant to Court rules, a separate motion for leave to file the instant notice is filed concurrently with the Court.

1) <u>Kim v. Ziglar</u>, 276 F.3d 523 (9th Cir. 2002). The petition for *certiorari* filed April 9, 2002 was granted by the Supreme Court. <u>Demore v. Kim</u>, — S.Ct. —, 2002 WL 704365, 70 USLW 704365 (U.S. Jun. 28, 2002) (No. 01-1491).

2) <u>Hoang v. Greene</u>, 282 F.3d 1247 (10th Cir. 2002), <u>petition for cert. filed</u>, 70 USLW 3698 (U.S. May 03, 2002) (NO. 01-1616). The case was considered in conference by the Supreme Court on June 27, 2002, with <u>Demore v. Kim</u>, and further action on the

petition for a writ of *certiorari* was withheld pending disposition of <u>Demore v. Kim</u>.

3) <u>Radoncic v. Zemski</u>, 2001 WL 1681643 (3d Cir. Jan. 4, 2001) <u>petition for cert. filed</u>, 70 USLW 3642 (U.S. Apr. 4, 2002) (No. 01-1459). The case was considered in conference by the Supreme Court on June 27, 2002, with <u>Demore v. Kim</u>, and further action on the petition for a writ of *certiorari* was withheld pending disposition of <u>Demore v. Kim</u>.

4) <u>Serrano v. Estrada</u>, 2002 WL 1067452 (N.D. Tex. May 13, 2002). On June 21, 2002, subject to final determination regarding appeal by the Solicitor General of the United States under 28 C.F.R. § 0.20(b), the government filed a notice of

//
//
//
//
//
//
//
//
//
//
//
//

appeal of the <u>Serrano</u> decision to the Court of Appeals for the Fifth Circuit, USCA Case No. 02-10737.

        Respectfully submitted,

        ROBERT D. McCALLUM, Jr.
        Assistant Attorney General
        Civil Division

        RICHARD M. EVANS
        Assistant Director

        _____
      for PAUL FIORINO, Attorney
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        P.O. Box 878
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 353-9986

Dated: July 9, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2002, a copy of the foregoing "**SUPPLEMENTAL CITATION OF AUTHORITY**" was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986