**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **EUGENIO REYNA MONTOYA, and JUAN LUIS GONZALEZ-SANCHEZ, in their own name and right, and on behalf of all others similarly situated** § § § § § | |
| v. § | C.A. No. B-02-026 |
| § | |
| **E.M. TROMINSKI, INS DISTRICT DIRECTOR, and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES.** § § § § § | |

BE IT REMEMBERED that on July ___12___, 2002, the Court **ORDERED** the Parties to submit to the Court, in Word Perfect format on a 3.5 inch disk, the following documents: 1) Objection to Magistrate Judge's Report and Recommendation [Dkt. No. 21]; 2) Petitioners' Reply to Respondents' Objections to the Magistrate Judge's Report and Recommendation [Dkt. No. 23]; Reply to Petitioner's (sic) Response to Respondent's (sic) Objection to Magistrate Judge's Report and Recommendation [Dkt. No. 26]. The Court **ORDERS** that the disk be submitted by July ___22___, 2002.

DONE this ___12___ day of July, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge