```
                                          United States District Court
                                           Southern District of Texas
                                                   ENTERED

         UNITED STATES DISTRICT COURT           JUL 15 2002
          SOUTHERN DISTRICT OF TEXAS
             BROWNSVILLE DIVISION           Michael N. Milby, Clerk of Court
                                            By Deputy Clerk
```

EUGENIO REYNA-MONTOYA, ET. AL,   )
                                 )
        Petitioners,             )
                                 )   CIVIL ACTION NO. B-02-026
   v.                            )
                                 )
E.M. TROMINSKI,                  )
INS DISTRICT DIRECTOR            )
BOARD OF IMMIGRATION APPEALS     )
                                 )
        Respondent.              )

## ORDER

Upon consideration of Respondents' Motion for Leave to File Supplemental Authority, the Court finds that the motion should be granted.

Done this 15 day of July, 2002.

_____