United States District Court
Southern District of Texas
FILED

JUL 2 3 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA MONTOYA, et al,    )
                                 )
v.                               )   C.A. No. B-02-026
                                 )
E.M. TROMINSKI, et al,           )
                                 )

**PETITIONERS' ADVISAL OF SUBMISSION, ON 3.5 DISK, OF
PETITIONERS' REPLY TO RESPONDENTS' OBJECTIONS TO
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioners, through counsel, and pursuant to the Court's Order of July 12, 2002, hereby submit, in WordPerfect 9.0, on a 3.5" disk, their Reply to Respondents' Objection to Magistrate Judge's Report and Recommendation, [Docket No. 23].

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney            Thelma O. Garcia, Attorney
17891 Landrum Park Road               301 E. Madison
San Benito, TX 78586                  Harlingen, TX 78550
(956) 421-3226                        (956) 425-3701
(956) 421-3423 (fax)                  (956) 428-3731 (fax)
Fed. ID. 1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was sent, first-class postage prepaid, to Paul Fiorino, Attorney, OIL, Box 878 Ben Franklin Station, Washington D.C. 20044, on July 18, 2002.

/s/
_____