UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET. AL, ) | |
| ) | |
| Petitioners, ) | |
| ) | CIVIL ACTION NO. B-02-026 |
| v. ) | |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR ) | |
| BOARD OF IMMIGRATION APPEALS ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file a supplemental motion to dismiss the habeas petition. Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file."

Respondent requests this opportunity to inform the Court because the recent developments are relevant and noteworthy, and have occurred since the government's latest filing.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

CARL H. McINTYRE, Jr.
Senior Litigation Counsel

PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

Dated: July 31, 2002

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2002, a copy of the foregoing **"MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS"** was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

_____, AUSA
for PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986