36

United States District Court
Southern District of Texas
FILED

AUG 0 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA-MONTOYA, ET AL.,        )
                                      )
            Petitioners,              )
                                      )   CIVIL ACTION NO. B-02-026
        v.                            )
                                      )
E.M. TROMINSKI,                       )
INS DISTRICT DIRECTOR                 )
BOARD OF IMMIGRATION APPEALS          )
                                      )
            Respondent.               )

**MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS FOR MOOTNESS**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file an amemdment to its motion to dismiss the habeas petition.  Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file."

Respondent requests this opportunity to correct its most recent motion filed with the Court on July 31, 2002.

                          Respectfully submitted,

                          ROBERT D. McCALLUM, Jr.
                          Assistant Attorney General
                          Civil Division

                          JEFFREY J. BERNSTEIN
                          Senior Litigation Counsel

                          PAUL FIORINO, Attorney
                          Office of Immigration Litigation
                          Civil Division
                          U.S. Department of Justice
                          P.O. Box 878
                          Ben Franklin Station
                          Washington, D.C. 20044
Dated:   August 2, 2002   (202) 353-9986

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2002, a copy of the

foregoing **"MOTION FOR LEAVE TO FILE AMENDED MOTION TO**

**DISMISS FOR MOOTNESS"** was served upon petitioner's counsel

by causing it to be placed in the Department of Justice

mailroom in sufficient time for same day mailing, first

class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586


For: PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986