UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA MONTOYA, et al )
)
v. ) C.A. No. B-02-026
)
E.M. TROMINSKI, et al. )
)
_____ )

### PETITIONERS' (OPPOSED) MOTION TO STRIKE
### FOR FAILURE TO COMPLY WITH LOCAL RULE 7(D)

Petitioners, through counsel, hereby file the instant (opposed) motion, urging that the Court strike Respondents' recent motions, including its motion to dismiss as moot, the motion for leave to file amended motion to dismiss, and said amended motion, for failure to comply with Local Rule 7(D). Said rule requires that, except for motions under portions of Rule 12, and Rule 56, F.R.Civ.Proc., opposed motions must contain an averment of counsel stating that the movant has conferred with opposing counsel, and the they could not agree as to the disposition of the case. In that regard, the undersigned would note that none of Respondents' recent motions have carried such an averment, including Respondents' Motion to Dismiss for Mootness, and Amended Motion to Dismiss for Mootness. All of said motions should therefore be stricken. Counsel for Petitioners' would further advise the Court that, on August 15, 2002, she spoke with Paul Fiorino, Attorney for Respondents, who opposes the instant motion.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid to Paul Fiorino, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., 20044, this 15th day of August, 2002.

