*39*

United States District Court
Southern District of Texas
FILED

**AUG 2 1** 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EUGENIO REYNA MONTOYA, et al          )

v.                                    )

E.M. TROMINSKI, et al.                )          C.A. No. B-02-026

_____       )

### PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION
### FOR LEAVE TO FILE AMENDED MOTION TO DISMISS FOR MOOTNESS

Petitioners, through the undersigned, file the instant opposition
to Respondents' Motion For Leave to File Amended Motion to Dismiss
For Mootness. [1]   As noted in Petitioners' recently filed motion,
urging the Court to strike Respondents' recent motions, including
the motion for leave to file amended motion to dismiss, and said
amended motion, Respondents failed to comply with Local Rule 7(D),
requiring that, with limited exceptions not pertinent herein,
opposed motions must contain an averment of counsel stating that
the movant has conferred with opposing counsel, and that they could
not agree as to the disposition of the case.   Therefore,
Petitioners' urge that said motion be denied.


Respectfully Submitted,


Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)
Fed. ID.  1178
Texas Bar 03052800

_____

   [1]   Should said motion be granted, and the Amended Motion To
Dismiss be accepted for filing, Petitioners reserve the right to
respond thereto, within the period allotted by the local rules.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid to Paul Fiorino, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., 20044, this 19th day of August, 2002.

