40

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

EUGENIO REYNA-MONTOYA, ET AL.,          )
                                        )
          Petitioners,                  )
                                        )
                                        ) CIVIL ACTION NO. B-02-026
     v.                                 )
                                        )
E.M. TROMINSKI,                         )
INS DISTRICT DIRECTOR                   )
                                        )
                                        )
          Respondent.                   )
_____                 )

## ORDER

BE IT REMEMBERED that on August ___27___, 2002, the Court **GRANTED** Petitioners' Motions to Strike [Dkt. Nos. 38 & 39]. The Court's decision is based on Respondent's failure to comply with Local Rule 7(D) which requires, for opposed motions, (with limited exceptions not applicable here) an averment that moving counsel has conferred with opposing counsel and that they could not agree as to the disposition of the motion. Respondent's Motions [Dkt. Nos. 34, 35, 36, & 37] are accordingly **STRICKEN** from the record.

DONE this ___27___day of August, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge