United States District Court
Southern District of Texas
FILED

AUG 2 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., ) | |
| ) | |
| Petitioners, ) | |
| ) | CIVIL ACTION NO. B-02-026 |
| v. ) | |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR ) | |
| BOARD OF IMMIGRATION APPEALS ) | |
| ) | |
| Respondent. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO DISMISS FOR MOOTNESS**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file a motion to dismiss the habeas petition, with respect to named plaintiff/petitioner Eugenio Reyna-Montoya, for mootness. Pursuant to Local Court Rule 5(D), "[a]fter a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file."

The instant motion seeks to preserve the Respondent's argument that, because Mr. Reyna Montoya is no longer in custody under the statute this habeas petition seeks to challenge, he no longer represents the putative class. This motion was occasioned by a factual development that occurred after the Magistrate Judge issued his Report and Recommendation.

Pursuant to Local Rule 7(D), the respondent has conferred with opposing counsel and represents to the court that opposing counsel does not oppose this motion.

>                    Respectfully submitted,
>
>                    ROBERT D. McCALLUM, Jr.
>                    Assistant Attorney General
>                    Civil Division
>
>                    JEFFREY J. BERNSTEIN
>                    Senior Litigation Counsel
>
>                    _____
>                    for PAUL FIORINO, Attorney
>                    Office of Immigration Litigation
>                    Civil Division
>                    U.S. Department of Justice
>                    P.O. Box 878
>                    Ben Franklin Station
>                    Washington, D.C. 20044
>                    (202) 353-9986

Dated:   August 29, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2002, a copy of the foregoing **"UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO DISMISS FOR MOOTNESS"** was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986