United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., | ) |
| Petitioners, | ) |
| v. | ) CIVIL ACTION NO. B-02-026 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR | ) |
| Respondent. | ) |

**ORDER**

BE IT REMEMBERED that on September ___9___, 2002, the Court:

1) **ADOPTED IN PART** the Magistrate Judge's Report and Recommendation [Dkt. No. 17];

2) **GRANTED** Petitioners' Motion for Class Certification [Dkt. No 3];

3) **GRANTED** Petitioners' writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Dkt. No. 1];

4) **ORDERED** the Government to afford both named Petitioners a bond hearing within ten days of this Order. At said hearing the Immigration Judge is **ORDERED** to state clearly, on the record, the basis for an individualized determination whether any condition or combination of conditions of release will reasonably ensure the Petitioners will not flee and will not endanger the public

5) **GRANTED** Petitioners' request for a declaratory judgment [Dkt. No. 1], and **DECLARED** that 8 U.S.C. § 1226(c)(1) is unconstitutional as applied to legal

1

permanent residents as violative of the procedural due process rights of said legal permanent residents which are guaranteed under the Fifth Amendment to the United States Constitution.

6) **GRANTED** Petitioners' Motion for preliminary and permanent injunction [Dkt. No. 1] and **ISSUED** a preliminary and permanent injunction upon the government, effectively restraining and enjoining them from detaining legal permanent residents in deportation proceedings in the Harlingen INS district without a bond hearing. Said class is entitled to an individualized determination by an immigration judge as to whether any condition or combination of conditions of release will reasonably ensure that th legal permanent resident will not flee and will not endanger the public.

7) **DENIED** Respondents' Motion to Dismiss [Dkt. No. 6].

DONE this 9th day of September, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge