IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET AL. ) | |
| ) | |
| *Petitioners-Appellees*, ) | |
| ) | |
| v. ) | *Notice of Appeal* |
| ) | |
| E.M. TROMINSKI, ) | B-02-026 |
| INS DISTRICT DIRECTOR, ) | |
| JOHN ASHCROFT, ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| *Respondents-Appellants*. ) | |

Notice is hereby given that E.M. Trominski, Immigration and Naturalization Service District Director and John Ashcroft, United States Attorney General, respondents in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the decision and order adopting in part the Magistrate Judge's report and recommendation, granting Petitioner's motion for class certification, granting Petitioner's petition for a writ of habeas corpus, ordering the Respondents to afford both Petitioners a bond hearing within ten days, ordering Respondents to create a clear record of the bond determination and its basis, declaring unconstitutional 8 U.S.C. § 1226(c)(1) as applied to legal permanent residents, and issuing a preliminary and permanent injunction upon the government, dated

September 9, 2002, and entered in this action on the 10th day of September, 2002.

                              Respectfully submitted,

                              ROBERT D. McCALLUM, Jr.
                              Assistant Attorney General
                              Civil Division

                              RICHARD M. EVANS
                              Assistant Director

                              _____
                         for DAVID E. DAUENHEIMER
                              Attorney
                              Office of Immigration Litigation
                              Civil Division
                              P.O. Box 878, Ben Franklin Station
                              Washington, D.C. 20044

September 18, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2002, a copy of the foregoing **RESPONDENT'S NOTICE OF APPEAL** was served on petitioner's counsel by placing it in the United States mail, postage prepaid, addressed to:

>Lisa Brodyaga
>17891 Landrum Park Rd.
>San Benito, TX 78586

_____
for DAVID E. DAUENHEIMER