IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, ET AL. )
)
        Petitioner, )
)
v. )
) Civil Action No. B-02-026
E.M. TROMINSKI, )
INS DISTRICT DIRECTOR )
)
        Respondent. )
)

**RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION
TO STRIKE FOR FAILURE TO COMPLY WITH LOCAL RULE 7(D)**

Respondents, through undersigned counsel, oppose Petitioners' motion to strike Respondents' Motion for a Stay Pending Appeal.

Respondents, in accordance with Federal Rule of Appellate Procedure 8(a)(1)(a), filed with this Court its motion for stay pending appeal to the Fifth Circuit on September 11, 2002. Petitioners argue that prior to filing this motion Respondents were required to consult with them based upon Local Rule 7.1(D). Although the undersigned counsel was not involved in the filing of the motion at issue, after consulting with co-counsel Lisa Putnam and David Kline (Deputy Director, Office of Immigration Litigation) it appears that the certificate of consultation was not included with the motion because it did not appear to be required under the Local Rules.

Local Rule 7 is entitled "Civil Pretrial Motion Practice."

Because the motion for stay pending appeal is not a "pretrial motion" Respondents did not believe consultation was required. Furthermore, a review of Judge Tagle's Civil Procedures did not reveal any rules which indicated otherwise.

Contrary to Petitioners' claims, consultation was not likely to have proven fruitful. Although, Petitioners rightly point out that Respondent does not oppose the proposed stay of the Court's class-wide injunction, staying this provision alone would not obviate the need for Respondent to seek further relief in the form of a stay of the remainder of the Court's order. Petitioners certainly have not indicated that they would be willing to stay the entire order pending appeal.

## CONCLUSION

For the foregoing reasons, Respondents' respectfully request that this Court deny Petitioners' Motion to Strike Respondents' Motion for a Stay Pending Appeal.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director

September 20, 2002

DAVID E. DAUENHEIMER
Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2002, a copy of the foregoing **RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION TO STRIKE FOR FAILURE TO COMPLY WITH LOCAL RULE 7(D)** was served on petitioners' counsel by Federal Express addressed to:

Lisa Brodyaga
17891 Landrum Park Rd.
San Benito, TX 78586
Fax 956-421-3423

_____
DAVID E. DAUENHEIMER