```
                                              United States District Court
                                               Southern District of Texas
           UNITED STATES DISTRICT COURT                 FILED
       FOR THE SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION                  SEP 2 5 2002

                                                   Michael N. Milby
EUGENIO REYNA MONTOYA, et al    )                   Clerk of Court
                                )
v.                              )      C.A. No. B-02-026
                                )
E.M. TROMINSKI, et al.          )
                                )
_____)
```

## PETITIONERS' RENEWED *UNOPPOSED* MOTION FOR STAY OF PARAGRAPH 6 OF THIS COURT'S ORDER OF SEPTEMBER 9, 2002

Through counsel, Petitioners hereby renew their pending, unopposed, motion requesting that this Court stay paragraph 6 of its Order of September 9, 2002, pending resolution of Petitioners' motion to amend, and, if said motion is denied, pending appeal thereof.

Petitioners would first note that the Docket Sheet appears to incorrectly list this motion as opposed: "Opposed MOTION to strike [45-1] motion to stay pending appeal, for stay of paragraph 6 of the Court's Order..." [Dkt. No. 48]. In accordance with prior discussions with the Court's Clerk, Petitioners would also submit a revised proposed Order, relating only to this aspect.

In addition, counsel would like to clarify the certificate of consultation, as contained in the initial motion. Early in the morning of September 18, 2002, counsel learned that the Attorney in whose name the Motion For Stay had been submitted, Attorney Paul Fiorino, OIL, was on leave, and is unavailable. Therefore, she spoke with Lisa Putnam, Attorney for Respondents, who stated that the Government opposed Petitioners' motion to strike Respondents' Motion to Stay the Court's Order. Petitioners' motion to strike is based on Respondents' failure to consult with Petitioners prior to submitting their motion to stay the Court's Order. Indeed, as previously noted, said consultation would have been fruitful, as Petitioners are also attempting to obtain a stay of paragraph 6 thereof. With respect to Petitioners' motion to stay paragraph 6,

Ms. Putnam referred the undersigned to David Dauenheimer, Attorney, OIL, who is prosecuting Respondents' appeal to the Fifth Circuit of this Court's Order of September 9, 2002. Mr. Dauenheimer stated that he would have to confer, and would call back with a response. At about 11:15 a.m., on September 18, 2002, Mr. Dauenheimer called back, and stated that the Government agreed to Petitioners' motion to stay paragraph 6, pending resolution of Petitioners' motion to amend that paragraph, so long as the proposed stay included an appeal to the Fifth Circuit, if the Court should deny Petitioners' motion to amend paragraph 6.

Said call was received as counsel was on her way out the door with a prior draft of the motion, in which the request for a stay had been deemed to be opposed. Petitioner made the necessary changes to the motion, and proposed Order. But in her haste, she neglected to remove the paragraph from the proposed Order which related to the motion to strike. When she discovered that error later that day, she called the Court's Clerk, to advise her of the error, and also advised both Mr. Dauenheimer, and the Fifth Circuit.

However, when counsel checked the Docket Sheet, through Pacer, she discovered that both the motion to strike, and the motion to stay Paragraph 6, were shown as opposed, with a submission date of October 8, 2002. To eliminate any confusion with respect thereto, she is therefore submitting the instant, renewed, *unopposed* motion.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)

```
Fed. ID.  1178
Texas Bar 03052800
```
                              **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and proposed Order was sent first-class postage prepaid to David Dauenheimer, Attorney, OIL, Box 878, Ben Franklin Sta., 20044, this 20th day of September, 2002.

