IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
SEP 27 2002
CHARLES R. FULBRUGE III
CLERK

No. 02-41323

EUGENIO REYNA-MONTAYA, Etc.; Et Al.,

CAB-02-26

Petitioners,

EUGENIO REYNA-MONTAYA, In their own name and right
and on behalf of all others similarly situated;
JUAN LUIS GONZALEZ-SANCHEZ,

Petitioners-Appellees,

v.

E. M. TROMINSKI; JOHN ASHCROFT,
U. S. ATTORNEY GENERAL,

Respondents-Appellants,.

Appeal from the United States District Court
for the Southern District of Texas, Brownsville

United States District Court
Southern District of Texas
FILED

OCT 0 8 2002

Michael N. Milby
Clerk of Court

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

There is a circuit split on whether 8 U.S.C. § 1226(c)(1) is unconstitutional as applied to individual legal permanent aliens who have filed a writ of <u>habeas corpus</u>. As a result, this issue is now pending before the Supreme Court, <u>see</u> <u>Kim v. Ziglar</u>, 276 F.3d 523 (9th Cir. 2002), <u>cert. granted</u>, <u>Demore v. Kim</u>, 122 S.Ct. 2696 (2002). The district court's Order, amended September 23, 2002, in granting declaratory judgment that § 1226(c)(1) is unconstitutional as applied to a class of legal permanent aliens, relies on <u>Kim</u> and other circuits' holding § 1226(c)(1) unconstitutional.

Accordingly, it is ORDERED that Respondents' motion for stay pending appeal is GRANTED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By
Deputy  SEP 27 2002