UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Eugenio REYNA MONTOYA, Erasmo ORNELAS-ALANIZ, Salome RODRIGUEZ-CARACHEO, in their own Name and right and on behalf Of all others similarly situated<br>　　　　　　Plaintiffs<br><br>　　　　　　and<br>Francisco Javier DE LEON-Saavedra,<br>　　　　　　Intervenor<br>　　v.<br><br>E.M. TROMINSKI,<br>District Director, Immigration and Naturalization Service, Harlingen District<br>And<br>JOHN ASHCROFT,<br>Attorney General,<br>United States of America | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action, File No. B-02-026<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## MOTION FOR LEAVE TO INTERVENE

TO: Eugenio Reyna Montoya, Erasmo Ornelas- Alaniz, Salome Rodriguez-Caracheo, in their own name and right and on behalf of all others similarly situated, Plaintiffs, and E.M. TROMINSKI, AND JOHN ASHCROFT, Defendants, and their respective attorneys:

　　Please be advised that at Room_____, United States Courthouse, on - _____, 2002, or as soon thereafter as counsel can be heard, Francisco Javier De Leon-Saavedra will move for leave to intervene as Plaintiff in the above-styled action on the ground that he has a claim against the above-named defendant that involves the same questions of law and fact that are involved in the original action, and that his intervention to assert the claim will not unduly delay or prejudice the adjudication the rights if the original parties. The claim of Francisco Javier De Leon-Saavedra is set out in his attached proposed complaint in intervention.

　　The motion will be based on the notice, the attached affidavit of Francisco Javier de Leon-Saavedra, and on all the pleadings and records heretofore filed in this action.

　　Dated: _____, 2002

Respectfully submitted,

_____
CHARLES A. BANKER, III
Texas Bar No. 01676680
Fed. I.D. 8965
118 W. Pecan
McAllen, Texas 78501
(956) 687-9133
(956) 687-2510 – Fax
ATTORNEY MOVANT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the Petitioner, through Attorney of Record, Lisa Brodyaga at 17891 Landrum Park Road, San Benito, Texas and on Defendants, through their Attorneys by U.S. Certified Mail, Return Receipt Requested.

_____
CHARLES A. BANKER, III

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Eugenio REYNA MONTOYA, Erasmo ORNELAS-ALANIZ, Salome RODRIGUEZ-CARACHEO, in their own Name and right and on behalf Of all others similarly situated<br>　　　　　　　Plaintiffs<br><br>and<br><br>Francisco Javier DE LEON-Saavedra,<br>　　　　　　　Intervenor<br>v.<br><br>E.M. TROMINSKI,<br>District Director, Immigration and Naturalization Service, Harlingen District<br>And<br>JOHN ASHCROFT,<br>Attorney General,<br>United States of America | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* Civil Action, File No. B-02-026<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

　　　The Motion of Francisco Javier De Leon-Saavedra for leave to intervene in the above-styled action having been timely submitted to the court, together with his proposed complaint in intervention attached thereto, and it appearing to the court that motive of the motion has been duly served on all the parties, and that proper grounds exist for intervention of right or permissive intervention, therefore,

IT IS ORDERED:

　　1. That Francisco Javier De Leon-Saavedra be permitted to intervene as a Plaintiff herein;

2. That the complaint attached to the Motion to intervene shall serve as the complaint in intervention in this action.

Dated: _____, 2002

                  _____
                  JUDGE PRESIDING