United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., ) | |
| ) | |
| Petitioners, ) | |
| ) | CIVIL ACTION NO. B-02-026 |
| v. ) | |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR ) | |
| BOARD OF IMMIGRATION APPEALS ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**OPPOSED MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEAL**

Respondent Immigration and Naturalization Service ("INS") respectfully seeks leave of the Court to file its notice of appeal from the Court's amended September 23, 2002, order adopting in part the Magistrate Judge's Report and Recommendation granting class certification, classwide declaratory judgment, and a writ of habeas corpus to plaintiff Juan Luis Gonzalez-Sanchez. Pursuant to Federal Rule of Appellate Procedure ("FRAP") 4(a)(1)(B), a Notice of Appeal by the Government must be filed within 60 days of the appealed Court's order. The deadline was November 22, 2002. The government had timely filed a notice of appeal for the Court's September 9, 2002 order, and that appeal is currently held in abeyance pending the resolution of the issue by the Fifth Circuit.

1

Pursuant to FRAP 4(a)(5)(B), the Court may extend the period for filing the Notice of Appeal for 30 days upon the showing of excusable neglect or good cause. The rule further requires that such a late motion must be noticed to opposing parties in accordance with local rules.

The lateness of this notice is due to an oversight and conflicting obligations of the undersigned attorney. During the week of November 18-22, the undersigned had three appellate briefs due various circuits. They were:

Torres Bello v. Ashcroft, 9th Cir. No. 02-71502 (due on November 18, completed timely, but filed on December 2, 2002 pursuant to a court-granted enlargement necessitated by discrepancy in the administrative record);

Catarino v. Ashcroft, 9th Cir. No. 02-71228 (filed on November 20);

Tesfu v. Ashcroft, 7th Cir. No. 02-3333 (filed on November 21).

In addition, the undersigned was required to prepare an opposition to a petition for fees under the Equal Access to Justice Act in the Fifth Circuit case of Wondimu v. Ashcroft, 5th Cir. Docket No. 01-60296. This was ultimately filed on November 26, 2002.

In addition, the undersigned filed four appellate motions in the Ninth Circuit from November 20-22, 2002. Arellano v.

2

Ashcroft, 9th Cir. No. 02-70973 (Motion to remand in lieu of a brief due on November 20), Cardenas v. Ashcroft, 9th Cir. No. 02-73239 (Opposition to Stay of Removal), Lee v. Ashcroft, 9th Cir. No. 02-73309) (Opposition to Stay of Removal), Hugo v. Aschcroft, 9th Cir. No. 02-73138 (Motion to Dismiss for Lack of Jurisdiction). In addition, the undersigned prepared a motion for relief from default in response to a 9th Circuit petition for review in which the Petitioner's brief was never served on the government. Khodjoian v. INS, 9th Cir. No. 02-70670 (ultimately was filed on Monday, November 25. On the same day, the undersigned filed a motion for summary affirmance in lieu of the brief that was due).

Granting this motion would not prejudice any parties concerned, as Petitioner Gonzalez-Sanchez retains his declaratory and injunctive relief, and Petitioner Reyna-Montoya is no longer a member of the class. Furthermore, though the issue of the constitutionality of Section 236(c) is yet pending before the 5th Circuit (and the Supreme Court) and the government's previous appeal (of the Court's September 9, 2002 order) is held in abeyance by the Fifth Circuit pending its decision on the constitutionality of Section 236(c) in another case, the issue of classwide certification in habeas proceedings merits further review by the Fifth Circuit which the instant motion seeks to appeal.

Pursuant to Local Rule 7(D), the respondent has conferred with opposing counsel and represents to the court that counsel opposes this motion.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director

_/s/_ _AUSA_
for PAUL FIORINO, Attorney  w/permission
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

Dated:   December 4, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2002, a copy of the foregoing "**OPPOSED MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEAL**" was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

_____, AUSA
For: PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., ) | |
| ) | |
| Petitioners, ) | |
| ) | CIVIL ACTION NO. B-02-026 |
| v. ) | |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR ) | |
| BOARD OF IMMIGRATION APPEALS ) | |
| ) | |
| Respondent. ) | |
| ) | |

### ORDER

Today, this Court considered the Defendants' "Opposed Motion for Leave to File Late Notice of Appeal." Having reviewed the motion and pleadings on file this Court is of the opinion that the Defendants' motion should be GRANTED.

Signed this _____ day of _____, 2002.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE