UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, ET AL., )
)
Petitioners, )
) CIVIL ACTION NO. B-02-026
v. )
)
E.M. TROMINSKI, )
INS DISTRICT DIRECTOR )
)
)
Respondent. )
_____)

## NOTICE OF APPEAL FROM AMENDED ORDER

Notice is hereby given that E. M. Trominski, Immigration and Naturalization Service District Director and John Ashcroft, United States Attorney General, respondents in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's September 23, 2002 decision and order, adopting in part the Magistrate Judge's Report and Recommendation, granting Petitioner's motion for class certification for the purpose of declaratory judgement, granting Petitioner's writ of habeas corpus with respect to named Petitioner Juan Luis Gonzalez-Sanchez, dismissing habeas petition of named Petitioner Eugenio Reyna-Montoya as moot, ordering the government to afford Petitioner Juan Luis Gonzalez-Sanchez a bond hearing no later than September 30, 2002, granting the Petitioner's request for declaratory judgment and amending the

1

Court's previous order of September 9, 2002 awarding class-wide injunctive relief.

A separate motion to accept this late notice of appeal is filed concurrently with this pleading.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

RICHARD M. EVANS
Assistant Director

for _____, AUSA,
PAUL FIORINO, Attorney w/permission
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986

Dated: December 4, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2002, a copy of the foregoing "NOTICE OF APPEAL FROM AMENDED ORDER" was served upon petitioner's counsel by causing it to be placed in the Department of Justice mailroom in sufficient time for same day mailing, first class postage prepaid, and addressed to:

Lisa Brodyaga, Esq.
17891 Landrum Park Rd.
San Benito, TX 78586

_____, AUSA
PAUL FIORINO, Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9986