IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., | § § | |
| Petitioners, | § § | |
| v. | § § | CV. NO. B-02-026 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR | § § § | |
| Respondent. | § § | |

### ORDER

BE IT REMEMBERED that on December 6, 2002, the Court considered Respondent's Motion for Leave to File Late Notice of Appeal [Dkt. No. 55]. The Court notes Petitioners' opposition to this motion, and **ORDERS** them to respond to said motion no later than 3:00 p.m. on Monday, December 16, 2002.

DONE this 6th day of December, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge