IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA, ET AL., | § § | |
| Petitioners, | § § | |
| v. | § | CV. NO. B-02-026 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR | § § § | |
| Respondent. | § § | |

## ORDER

BE IT REMEMBERED that on February 7, 2003, the Court **DENIED** the motion of Francisco Javier De Leon-Saavedra to intervene in the above action [Dkt. No. 54]. On December 20, 2002, finding the Motion to Intervene inadequate, the Court granted the movant leave to amend and supplement the motion by January 3, 2003 [Dkt. No. 60]. This date has now lapsed without the submission of amendments. For the reasoning stated in the Court's December 20, 2002, order, the Motion to Intervene is **DENIED**.

DONE this 7th day of February, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge