63

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————

No. 02-41323

————————————

U.S. COURT OF APPEALS
**FILED**

JUL 1 8 2003

CHARLES R. FULBRUGE III
CLERK

EUGENIO REYNA-MONTAYA, Etc; ET AL,

                    Petitioners,

EUGENIO REYNA-MONTAYA, In their own name and right and on
behalf of all others similarly situated; JUAN LUIS
GONZALEZ-SANCHEZ,

                    Petitioners - Appellees,

     v.

E M TROMINSKI; JOHN ASHCROFT, U S ATTORNEY GENERAL,

                    Respondents - Appellants.

*C A B - 0 2 - 2 6*

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

————————————————————
     Appeals from the United States District Court for the
          Southern District of Texas, Brownsville
————————————————————

Before JOLLY, JONES and WIENER, Circuit Judges.

BY THE COURT:

     IT IS ORDERED that appellant's unopposed motion to lift stay

of briefing is GRANTED.

     IT IS FURTHER ORDERED that appellant's unopposed motion to

enter summary reversal pursuant to <u>Demore v. Kim</u> is GRANTED.

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                    Deputy
New Orleans, Louisiana    JUL 1 8 2003

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 18, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED  FILED

JUL 3 1 2003

Michael N. Milby, Clerk

No.  02-41323 Reyna-Montaya v. Trominski
USDC No.  B-02-CV-26

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc: w/encl:
     Ms Lisa S Brodyaga
     Mr John J Andre

MDT-1